IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01023-WDM-KLM

DAVID J.  STERLING,

      Applicant,

v.

ROBERT A.  HOOD, and
U. S. PAROLE COMMISSION.

      Respondent.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on Applicant's Motion to Stay Proceedings Due to Respondent's Affirmative Actions to Destroy Applicant's Capability to Prosecute/Pursue These Cases by Mailing out of this Institution and Destroying Plaintiff's Legal Files [Docket No. 54, Filed October 22, 2007] ("the motion").  Applicant filed the motion in two cases presently pending before the Court, Civil Action Number 04-cv-02128-WDM-BNB and Civil Action Number 04-cv-01023-WDM-KLM.  The Court will only address the motion as it relates to the above-captioned case.

IT IS HEREBY **ORDERED** that the motion is **DENIED**.  The Court determines that Applicant has failed to allege good cause to impose a stay.  *See generally Fogle v. Estep*, No. 05-cv-01491-PSF-PAC, 2006 WL 2788233, at *8-9 (D. Colo. Sept. 15, 2006) (unpublished opinion) (denying stay for failure to assert good cause particularly where the stay would serve no purpose).

Applicant's case has been pending for more than three years, and the events giving rise to the motion were, according to Applicant, discovered by him more than six months ago.  Rather than attempting to resolve his concerns at that time by filing an internal grievance and seeking administrative relief, Applicant apparently did nothing.  A Report and Recommendation was filed by the Court on September 18, 2007 [Docket No. 51], recommending that Applicant's claim for relief be denied.  Applicant sought and was given additional time in which to object to that Recommendation.  By Court Order [Docket No. 53], Applicant had until October 19, 2007 to file his objections to the Report and Recommendation.  He did not file objections by that date.  Rather, on October 22, 2007, he filed the motion to stay all proceedings until such time as he can locate documents

necessary to respond.  Applicant claims that prison officials at Coleman USP in Florida improperly shipped or destroyed documents he needed for lawsuits pending in the District of Colorado.  It is unclear how an indefinite stay would remedy Applicant's alleged loss of documents, particularly if Applicant's files have been destroyed, and the Court declines to grant such relief.  In addition, Applicant has failed to show how documents he alleges were destroyed will aid him in his effort to further pursue this case.  Accordingly, the motion is denied.

Dated:  October 31, 2007