IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01023-WDM-KLM

DAVID J. STERLING,

    Applicant,

v.

ROBERT A. HOOD, and
U.S. PAROLE COMMISSION,

    Respondents.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Kristen L. Mix (doc no 51) that Applicant's Application for Writ of Habeas Corpus be denied. Plaintiff has not objected to the recommendation and is therefore not entitled to *de novo* review. 28 U.S.C. § 636(b).[1]

I have reviewed the pertinent portions of the record and the recommendation. I agree with Magistrate Judge Mix's analysis and will therefore accept her recommendation

---

[1] Applicant filed a Motion to Stay Proceedings (doc no 54), which was denied by Magistrate Judge Mix on October 31, 2007 (doc no 56). Applicant sought to stay proceedings, claiming that some of his legal files were sent to his ex-wife or destroyed. Magistrate Judge Mix denied the motion because Applicant had not shown how an indefinite stay would remedy the loss of documents, nor how the documents would have aided him in this case. Applicant has not appealed this order. As many of the grounds underlying the recommendation are purely legal issues, I agree with Magistrate Judge Mix that Applicant has not shown that he is entitled to a stay.

that the Application be denied.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Mix, issued September 18, 2007 (doc no 51), is accepted.

2. The Application for Writ of Habeas Corpus (doc no 2) is denied and this case is dismissed with prejudice.

DATED at Denver, Colorado, on November 20, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge